APRIL L. HOLLINGSWORTH (Bar No. 9391)
KATIE PANZER (Bar No. 16919)
WHITNEY P. NELSON (Bar No. 19031)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
april@aprilhollingsworthlaw.com
katie@aprilhollingsworthlaw.com
whitney@aprilhollingsworthlaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **DR. JOSCELIN THOMAS,**<br><br>           Plaintiff,<br><br>vs.<br><br>**DAVIS SCHOOL DISTRICT, HEIDI ALDER, SUZI JENSEN, and FIDEL MONTERO**,<br><br>           Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:24-CV-00019-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Dr. Joscelin Thomas and Defendants Davis School District, Heidi Alder, Suzi Jensen, and Fidel Montero, by and through counsel, hereby stipulate and agree that this action, including all claims therein or which could have been

asserted by all Parties, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties are to bear their own expenses.

DATED this 3rd day of June, 2024.

**HOLLINGSWORTH LAW OFFICE, LLC**

/s/ Katie Panzer
April L. Hollingsworth
Katie Panzer
Whitney P. Nelson
*Attorneys for Plaintiff*

**Utah Office of the Attorney General**

/s/ Brett Andrus
Brett Andrus
Assistant Utah Attorney General
*Attorney for Defendants*
*(signed by filing attorney with permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>3rd</u> day of June, 2024, I served the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** via the Court's electronic filing system on the following:

Brett Andrus
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
brettandrus@agutah.gov


                                              <u>/s/ Katie Panzer</u>